1

2

3

4

5

6

7

8

9

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

10

| | |
|---|---|
| 11  ROBERT KESSLER, | Cause No. 2:21-cv-0463 RSL |
| 12           Plaintiff, | |
| 13           -vs- | JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |
| 14  EDWARD GARNEAU, FAYE GARNEAU, and RNBK ENTERPRISES, INC., | |
| 15  Individually, | |
| 16           Defendant. | |

17

18

19      Plaintiff, Robert Kessler, and all Defendants in this matter by and through their

20  respective undersigned counsel, hereby file this Joint Stipulation of Dismissal to dismiss

21  with prejudice pursuant to the parties' agreement and LCR 7(d)(1).

22      **IT IS SO ORDERED**, this matter shall be Dismissed with prejudice.

23

24      Dated this 17th day of August, 2021.

25

26                              _Mnt S Lasnik_
                                Robert S. Lasnik
27                              United States District Judge

Joint Stipulation of Dismissal

                                    P.O. Box 4523
                                    Missoula, MT 59806
                                    (406) 493-1084

1

2    DATED this 17 day of August, 2021.

3                                          Respectfully submitted,

4

5                                          /s/ M. William Judnich

6                                          M. William Judnich
                                           WSBA #56087
7                                          Enabled Law Group
                                           P.O. Box 4523
8                                          Missoula, Montana 59806
                                           Telephone: 406-493-1084
9                                          Email: MJ@Enabledlawgroup.com

10

11                                         /s/ William Kinsel
                                            WSBA #18077
12                                          LAW OFFICES OF
                                            WILLIAM A. KINSEL, PLLC
13                                          FOURTH & BATTERY BUILDING
                                            2401 Fourth Avenue, Suite 850
14                                          SEATTLE, WASHINGTON 98121
                                            (206) 706-8148
15                                          Email: wak@kinsellaw.com
16
                                           Attorney for Defendants.
17

18

19

20

21

22

23

24

25

26

27

Joint Stipulation of Dismissal

                                                          P.O. Box 4523
                                                          Missoula, MT 59806
                                                          (406) 493-1084